# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERNESTO SCHRAMM-URRUTIA,

    Defendant.

CASE NO. 11cr1401-AJB

**JUDGMENT OF DISMISSAL**

FILED FEB 09 2012

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

    21:846 and 841(a)(1) - Conspiracy to Distribute Controlled Substances

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 02/03/12

Anthony J. Battaglia
U.S. Magistrate Judge